The document below is hereby signed with "No petition preparer filed the petition" changed to "No petition preparer signed the petition as a petition preparer".  The document is not intended for publication in the Bankrupty Reporter.  Add the U.S. Trustee as a recipient.  Dated: August 6, 2008.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WILLIAM M. JONES, | ) | Case No. 08-00415 |
| | ) | (Chapter 7) |
| Debtor. | ) | |

MEMORANDUM DECISION AND ORDER DENYING MOTION TO EXTEND TIME

The debtor filed a motion more than 45 days after the commencement of the case requesting additional time to file papers required by Fed. R. Bankr. P. 1007 (Docket Entry ("DE") No. 23).  The court is not authorized to grant an extension of time pursuant to such a motion.  11 U.S.C. § 521(i)(3).  Upon a motion filed by any party in interest under 11 U.S.C. § 521(i)(2), the court would be required to enter an order dismissing the case pursuant to the command of 11 U.S.C. § 521(i)(1) that the case shall be automatically dismissed, meaning that the court has no discretion not to dismiss the case when such a motion is filed.  The debtor states that his "preparer" needs more time to prepare the papers, but does not identify the preparer.  No petition preparer filed the petition, and the court

deems it appropriate to require the debtor to file a statement identifying any person who assisted him in the preparation of the filing of his petition commencing this case and any other papers filed. It is thus

ORDERED that the debtor's motion requesting additional time to file papers required by Fed. R. Bankr. P. 1007 (DE No. 23) is DENIED; it is further

ORDERED that by August 22, 2008, the debtor shall file a statement identifying anyone who prepared his petition or prepared any of the other papers the debtor has filed in this case, or a statement that there was no such person who prepared the petition or any of the other papers that the debtor has filed in this case.

[Signed and dated above.]

Copies to: Debtor; Chapter 7 Trustee